UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | | |
|---|---|---|
| LAKSHMAN RAO PAIDI, VENKAT RAO DANDAMUDI, NAVEEN PARUPALLI, SUNITHA TALLURI, KRISHNA KISHORE INAPURI, RAVI KUMAR CHENNA, and NAREN ADUSUMELLI, | : : : : : | **NOTICE OF APPEARANCE** <br><br> 08 Civ. 6932 (RJH) |
| Plaintiffs, | : : | |
| -against- | : : | *ORIGINAL FILED VIA ECF* |
| RICHARD P. MILLS, Commissioner of Education, NEW YORK STATE DEPARTMENT OF EDUCATION, ROBERT M. BENNETT, Chancellor of the New York State Board of Regents, and NEW YORK STATE BOARD OF REGENTS, | : : : : : | |
| Defendants. | : | |

------------------------------------------------------------------------X

   **PLEASE TAKE NOTICE** that ANDREW M. CUOMO, Attorney General of the State of

New York, by Assistant Attorney General Antoinette W. Blanchette, hereby appears as counsel of

record for defendants Richard P. Mills, the New York State Department of Education, Robert M.

Bennett, and the New York State Board of Regents (collectively, "Defendants") in the above-

captioned action, and that from this day forward copies of all notices, pleadings and other papers

herein should be served upon the undersigned at the address identified below.

Dated:  New York, New York
         August 26, 2008

                                        ANDREW M. CUOMO
                                        Attorney General of the State of New York
                                        Attorney for Defendants
                                        By:
                                               /s/
                                        _____
                                        Antoinette W. Blanchette
                                        Assistant Attorney General
                                        120 Broadway
                                        New York, New York 10271
                                        Tel.: (212) 416-8595
                                        Fax: (212) 416-6075
                                        Email: Antoinette.Blanchette@oag.state.ny.us

-2-

TO:    Krishnan Chittur, Esq.
Chittur & Associates, P.C.
<u>Attorneys for Plaintiffs</u>
286 Madison Avenue, Suite 1100
New York, New York 10017