UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

| | |
|---|---|
| LAKSHMAN RAO PAIDI, VENKAT RAO DANDAMUDI, NAVEEN PARUPALLI, SUNITHA TALLURI, KRISHNA KISHORE INAPURI, RAVI KUMAR CHENNA, and NAREN ADUSUMELLI, <br><br>　　　　　　　　　　　Plaintiffs, <br><br>　　　　-against- <br><br>RICHARD P. MILLS, Commissioner of Education, NEW YORK STATE DEPARTMENT OF EDUCATION, ROBERT M. BENNETT, Chancellor of the New York State Board of Regents, and NEW YORK STATE BOARD OF REGENTS, <br><br>　　　　　　　　　　　Defendants. | **NOTICE OF APPEARANCE** <br><br> 08 Civ. 6932 (RJH) <br><br> ***ORIGINAL FILED VIA ECF*** |

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that ANDREW M. CUOMO, Attorney General of the State of New York, by Assistant Attorney General Darpana M. Sheth, hereby appears as counsel of record for defendants Richard P. Mills, the New York State Department of Education, Robert M. Bennett, and the New York State Board of Regents (collectively, "Defendants") in the above-captioned action, and that from this day forward copies of all notices, pleadings and other papers herein should be served upon the undersigned at the address identified below.

Dated:　New York, New York
　　　　August 26, 2008

　　　　　　　　　　　　　　　　　　　ANDREW M. CUOMO
　　　　　　　　　　　　　　　　　　　Attorney General of the State of New York
　　　　　　　　　　　　　　　　　　　<u>Attorney for Defendants</u>
　　　　　　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Darpana M. Sheth
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　120 Broadway
　　　　　　　　　　　　　　　　　　　New York, New York 10271
　　　　　　　　　　　　　　　　　　　Tel.: (212) 416-8687
　　　　　　　　　　　　　　　　　　　Fax: (212) 416-6075
　　　　　　　　　　　　　　　　　　　Email: Darpana.Sheth@oag.state.ny.us

-2-

TO:    Krishnan Chittur, Esq.
        Chittur & Associates, P.C.
        <u>Attorneys for Plaintiffs</u>
        286 Madison Avenue, Suite 1100
        New York, New York 10017