USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Chittur & Associates,*

Attorneys & Counselors at Law
286 Madison Avenue Suite 1100
New York, NY 10017
Tel: (212) 370-0447
Fax: (212) 370-0465
Email: kchittur@chittur.com

AUG 2 7 2008

CHAMBERS OF
RICHARD J. HOLWELL

August 27, 2008

Via Facsimile (212) 809-7948

Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl St., Room 1950
New York, NY 10007

Re: *Paidi, et al. V Mills, et al.,* 08 CV 6932 (RJH) (DFE)

Dear Judge Holwell:

This case involves a challenge to the constitutionality of New York's licensing requirements for pharmacists.

While ordinarily we would not have an objection to the requested extension, the problem here is that several plaintiffs' temporary licenses are set to expire in September under the unconstitutional provision. The Attorney General's office proposed a stay of the impugned provision with respect to plaintiffs, but has sought to impose additional conditions which, we believe, should not be the concern of the State of New York. Unfortunately, the attorney in charge of this case for plaintiffs, Mr. Chittur, is out of town on vacation until the end of this week, which makes communication sporadic and slow.

Accordingly, we suggest that the Court schedule a conference sometime next week for resolving this, and Defendants' request be held in abeyance until then. Of course, if the parties are able to resolve it without court intervention, after Mr. Chittur's return, we will so inform the Court.

Yours truly,

Andrey Strutinskiy, Esq.
Attorneys for Plaintiffs

cc: Darpana M. Sheth
Assistant Attorney General (via facsimile)